IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC T. WRHEL,

    Plaintiff,

v.

STATE OF WISCONSIN and
WISCONSIN DEPARTMENT OF
REVENUE,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-135-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                               10/28/2016

Peter Oppeneer, Clerk of Court                   Date